March 5, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

IN THE INTEREST OF J.C.E AND N.A.E, CHILDREN,

NO. 14-13-00077-CV

_____

Today the Court heard appellant's motion to dismiss the appeal from the judgment signed by the court below on October 30, 2012. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that each party shall pay its costs by reason of this appeal.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.